In the Matter of the Arbitration between COUNTRY-WIDE INSURANCE COMPANY, Respondent, and SALVATORE SCIERE, Respondent, and GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant.— Judgment, Supreme Court,

New York County, entered on or about June 26, 1974, unanimously affirmed, and that the petitioner-respondent recover of the corespondent-appellant $60 costs and disbursements of this appeal. (See *Insurance Co. of North Amer.* v. *Godwin*, 46 A D 2d 154). No opinion. Concur — Stevens, J. P., Markewich, Capozzoli, Nunez and Yesawich, JJ.